1  GAIL A. GLICK, Bar No. 174293
   BRETT C. BEELER, Bar No. 287749
2  ALEXANDER KRAKOW + GLICK LLP
   401 Wilshire Boulevard, Suite 1000
3  Santa Monica, CA 90401
   Telephone:  310.394.0888
4  Facsimile:  310.394.0811

5  Attorneys for Plaintiff
   MYRNA ARIAS
6

   TIMOTHY S. ANDERSON, Admitted Pro Hac Vice
7  JAMES P. SMITH, Admitted Pro Hac Vice
   LITTLER MENDELSON, P.C.
8  1100 Superior Avenue, 20th Floor
   Cleveland, OH 44114
9  Telephone:  216.696.7600
   Facsimile:  216.696.2038
10

   MAGGY ATHANASIOUS, Bar No. 252137
11 LITTLER MENDELSON, P.C.
   2049 Century Park East
12 5th Floor
   Los Angeles, CA  90067.3107
13 Telephone:  310.553.0308
   Facsimile:  310.553.5583
14

   Attorneys for Defendant
15 INTERMEX WIRE TRANSFER, L.L.C.

16                    UNITED STATES DISTRICT COURT

17                   EASTERN DISTRICT OF CALIFORNIA

18

19 | MYRNA ARIAS, an individual, | Case No. 1:15-cv-01101 JLT |
   |---|---|
20 | Plaintiff, | ASSIGNED FOR ALL PURPOSES TO JUDGE JENNIFER L. THURSTON |
21 | v. | |
   | | **NOTICE OF RESOLUTION OF CASE** |
22 | INTERMEX WIRE TRANSFER, L.L.C., a corporation, and DOES 1 through 30, inclusive, | |
23 | | |
24 | Defendants. | |

25

26         PLEASE TAKE NOTICE that the parties have resolved the above-captioned matter.

27 The parties anticipate filing a Stipulation for Dismissal dismissing the entire action, with prejudice,

28 within the next 21 days.

NOTICE OF RESOLUTION OF CASE
(NO. CV 15-01101 JLT)

Dated: October 30, 2015

/s/ *Gail A. Glick* (Per Email Consent)
GAIL A. GLICK
ALEXANDER KRAKOW + GLICK LLP
Attorneys for Plaintiff
MYRNA ARIAS

Dated: October 30, 2015

/s/ *Timothy S. Anderson*
TIMOTHY S. ANDERSON
LITTLER MENDELSON, P.C.
Attorneys for Defendant,
INTERMEX WIRE TRANSFER, L.L.C.

Firmwide:136568575.1 078472.1005

LITTLER MENDELSON, P.C.
1100 Superior Avenue
20th Floor
Cleveland, OH  44114
216.696.7600

NOTICE OF RESOLUTION OF CASE
(NO. CV 15-01101 JLT)

2.