1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  MYRNA ARIAS, | ) Case No.: 1:15-cv-01101 --- JLT |
| 12        Plaintiff, | ) ORDER AFTER NOTICE OF SETTLEMENT |
| 13        v. | ) (Docs. 14) |
| 14  INTERMIX WIRE TRANSFER, LLC, et al., | ) |
| 15        Defendants. | ) |
| 16 | ) |

17        On October 30, 2015, the parties notified the Court they have reached an agreement to resolve

18   the matter.  (Doc. 14)  Counsel anticipate completing the settlement within three weeks.  <u>Id</u>.

19   Therefore, based upon the stipulation, the Court **ORDERS**:

20        1.        The stipulated request for dismissal **SHALL** be filed no later than **November 20, 2015**.

21        2.        All pending dates, conferences and hearings are **VACATED** and any pending motions

22   are ordered **TERMINATED**

23

24   IT IS SO ORDERED.

25        Dated:    **November 2, 2015**                    **/s/ Jennifer L. Thurston**
26                                                   UNITED STATES MAGISTRATE JUDGE

27
28