GAIL A. GLICK, Bar No. 174293
BRETT C. BEELER, Bar No. 287749
ALEXANDER KRAKOW + GLICK LLP
401 Wilshire Boulevard, Suite 1000
Santa Monica, CA 90401
Telephone:   310.394.0888
Facsimile:   310.394.0811

Attorneys for Plaintiff
MYRNA ARIAS

TIMOTHY S. ANDERSON, Admitted Pro Hac Vice
JAMES P. SMITH, Admitted Pro Hac Vice
LITTLER MENDELSON, P.C.
1100 Superior Avenue, 20th Floor
Cleveland, OH 44114
Telephone:   216.696.7600
Facsimile:   216.696.2038

MAGGY ATHANASIOUS, Bar No. 252137
LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
Telephone:   310.553.0308
Facsimile:   310.553.5583

Attorneys for Defendant
INTERMEX WIRE TRANSFER, L.L.C.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRNA ARIAS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>INTERMEX WIRE TRANSFER, L.L.C.<br>and DOES 1 through 30, inclusive,<br><br>　　　　　Defendants. | Case No.  1:15-CV-01101-JLT<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

　　　　Plaintiff Myrna Arias and Defendant Intermex Wire Transfer, LLC, by and through their attorneys and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby jointly stipulate to the voluntary dismissal of this action with prejudice.  This lawsuit should, therefore, be dismissed, with prejudice, with each party bearing its own costs and attorneys' fees.

JOINT   STIPULATION   FOR   DISMISSAL
WITH PREJUDICE                                                                                              (No. CV 15-01101 JLT)

LITTLER MENDELSON, P.C.
1100 Superior Avenue
20th Floor
Cleveland, OH  44114
216.696.7600

Dated:  November 20, 2015

*/s/ Gail A. Glick (via email consent)*
GAIL A. GLICK
ALEXANDER KRAKOW + GLICK LLP
Attorneys for Plaintiff
MYRNA ARIAS

Dated:  November 20, 2015

*/s/ Timothy S. Anderson*
TIMOTHY S. ANDERSON
LITTLER MENDELSON, P.C.
Attorneys for Defendant,
INTERMEX WIRE TRANSFER, L.L.C.

Firmwide:136447647.1 078472.1005

LITTLER MENDELSON, P.C.
1100 Superior Avenue
20th Floor
Cleveland, OH  44114
216.696.7600

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE  2.  (No. CV 15-01101 JLT)