# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRNA ARIAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INTERMIX WIRE TRANSFER, LLC, et al.,<br><br>　　　　　Defendants. | Case No.: 1:15-cv-01101 --- JLT<br><br>ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE<br><br>(Doc. 16) |

On November 20, 2015, the parties filed a stipulation seeking to dismiss the action with prejudice. (Doc. 16)  The stipulation relies upon Rule 41 of the Federal Rules of Civil Procedure, under which "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared."  Fed. R. Civ. P. 41(a)(1)(A).  Once such a notice has been filed, an order of the Court is not required for the dismissal.  Fed. R. Civ. P. 41(a)(1)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).  Thus, the Court **ORDERS**:

　　1.　　The Clerk of Court is **DIRECTED** to close this action in light of the notice of dismissal with prejudice filed and properly signed pursuant to Rule 41(a)(1)(A)(ii).

IT IS SO ORDERED.

　　Dated:　**November 23, 2015**　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE